**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>GERALD LESLIE TATE,<br><br>　　Defendant | Case No.: 2:14-cr-00384-APG-CWH<br><br>**Order Denying Second Motion to Vacate**<br><br>[ECF No. 61] |

　　In light of the parties' status report (ECF No. 87),

　　I ORDER that defendant Gerald Tate's second motion to vacate under 28 U.S.C. § 2255 **(ECF No. 61) is DENIED**.

　　DATED this 16th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE